UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS THOMSON #227404,

        Petitioner,               Case No. 1:12cv534

v.                                     Hon. Robert J. Jonker

DANIEL SPITTER and BADAWI ABDELLATIF,

        Respondents.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 10, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 10, 2013, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket #8) is **GRANTED**. This matter is **CLOSED**.

                                                /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE

DATED:  January 22, 2014.